APPROVED and SO ORDERED.

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

October 11, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C. R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2187
Honorable Joseph R. Goodwin

---

April Dawn Adamson

Plaintiff(s),

v.

CASE NO. 2:13-cv-19829

C. R. Bard, Inc., et al.

Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2326 Boston Scientific Corp. Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2187 against C. R. Bard, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2326__ :

Boston Scientific Corp.

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to __2326__; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL __2326__.

*/s/ A. Malik*

———————————————
Shezad Malik MD JD,
Dr. Shezad Malik Law Office PC
Texas Bar No. 24053337
4925 Greenville Avenue, Suite 320
Dallas, Texas 75206
Tel./Fax: (888) 210-9693
Email: DrMalik@ShezadMalik.

## CERTIFICATE OF SERVICE

I hereby certify that on __September 25, 2013__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ A. Malik*

———————————————
Shezad Malik MD JD,
Dr. Shezad Malik Law Office PC
Texas Bar No. 24053337
4925 Greenville Avenue, Suite 320
Dallas, Texas 75206
Tel./Fax: (888) 210-9693
Email: DrMalik@ShezadMalik.