# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C. R. BARD, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2187 |

### SOFRADIM PRODUCTION AND TISSUE SCIENCE LABORATORIES' CROSS-NOTICE OF VIDEOTAPED DEPOSITION OF DANIEL J. CHRISTENSEN

To: James Crockett, Jr.
Spilman Thomas & Battle
Spilman Center
300 Kanawha Boulevard, East
Charleston, WV 25301
*Attorney for Deponent*

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Defendants will take the testimony of Daniel J. Christensen.

DATE AND TIME: January 23, 2014 at 9:00 AM

LOCATION: 701 Brazos Street, Suite 420, Austin, Texas 78701

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Federal Rule of Civil Procedure 28, and will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed. The deposition will be recorded via stenographic and videotaping.

Respectfully submitted,

/s/ Jennifer Stonecipher Hill
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorneys for Defendants Sofradim
Production and Tissue Science Laboratories*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                            /s/ Jennifer Stonecipher Hill
                                                            Jennifer Stonecipher Hill