IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C. R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |

THIS DOCUMENT RELATES TO ALL CASES

### C. R. BARD, INC.'S AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DANIEL J. CHRISTENSEN

To:   James Crockett, Jr.
      Spilman Thomas & Battle
      Spilman Center
      300 Kanawha Boulevard, East
      Charleston, WV 25301
      *Attorney for Deponent*

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendant will take the testimony of Daniel J. Christensen.

DATE AND TIME: January 28, 2014 at 9:00 AM

LOCATION: 701 Brazos Street, Suite 420, Austin, Texas 78701

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Federal Rule of Civil Procedure 28, and will continue from day to day, excluding Sundays and court recognized holidays, until the examination is completed. The deposition will be recorded via stenographic and videotaping.

Dated: January 22, 2014

1

**GREENBERG TRAURIG, LLP**

/s/ Lori G. Cohen
Lori G. Cohen
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com

*Attorney for Defendant C. R. Bard, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**GREENBERG TRAURIG, LLP**

/s/ Lori G. Cohen
Lori G. Cohen
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com

*Attorney for Defendant C. R. Bard, Inc.*

ATL 19600448v1