IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,                                          MDL NO. 2187
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Attorney Information, filed on March 17, 2015.  [Docket # 1500.]  In the motion, counsel request that in the main MDL and each individual case in which attorneys Derek H. Potts, William H. Barfield, Timothy L. Sifers, Patricia L. Campbell, Brandon L. Corl, and Michael K. Whitman appear, the firm information be updated as set forth in the motion.

Counsel request that in the main MDL and each individual case in which attorneys Derek H. Potts and William H. Barfield appear, the firm name, telephone number, and facsimile be changed to reflect the firm's Houston, TX information;  and, that in the main MDL and each individual case in which attorneys Timothy L. Sifers, Patricia L. Campbell, Brandon L. Corl, and Michael K. Whitman appear, the firm name, telephone number, and facsimile be changed to reflect the firm's Westwood, Kansas information.

It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

The Clerk is DIRECTED to update the information, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2187 with which said

attorneys are associated and to send a copy of this Order to counsel of record and any

unrepresented party.

ENTER:  April 1, 2015

_____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE