UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: C.R. BARD, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

                                                  MDL No. 2187

--------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

PRETRIAL ORDER # 171
(Order Scheduling Status Conference and Meetings in MDLs on June 2, 2015)

I will conduct a status conference in all MDLs except In re Neomedic, 2:14-md-2511, in Room 7800 of the Robert C. Byrd United States Courthouse on **Tuesday, June 2, 2015,** at **9:30 a.m.** It is **ORDERED** that (1) defendant client representative(s) with full authority to make all decisions related to MDL 2187; (2) in house counsel for defendant(s) with full authority to make all decisions related to MDL 2187; (3) settlement counsel (if any) for defendant(s); and (4) lead counsel for plaintiffs and defendant(s) attend the status conference.

It is further **ORDERED** that on **Tuesday, June 2, 2015,** for each MDL listed below, the court will meet in chambers with the above individuals as follows:

    (1) **Bard/TSL & Sofradim MDL 2187**        10:00 a.m.

    (2) **Boston Scientific MDL 2326**            11:00 a.m.

    (3) **Ethicon MDL 2327**                    1:30 p.m.

    (4) **Coloplast MDL 2387**                 2:30 p.m.

    (5) **Cook MDL 2440**                       3:00 p.m.

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-03901.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

      ENTER:  April 2, 2015

      _____
      JOSEPH R. GOODWIN
      UNITED STATES DISTRICT JUDGE