IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C.R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2187

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the case listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in this action with prejudice, and terminate AMS from the docket in these actions. Other defendants remain in this action, and plaintiffs will continue to prosecute this action against them.

Respectfully:

/s/ Tracy G. Weiss                                  /s/ Mark Davis
Tracy G. Weiss                                       Mark W. Davis
REED SMITH                                           DAVIS & CRUMP
Three Logan Square, Suite 3100                       Third Floor
1717 Arch Street                                     1712 15th Place
Philadelphia, PA 19103                               Gulfport, MS 39501
215.851.8100 (phone)                                 228/863-6000
215.851.1420 (fax)                                   Fax: 228/864-0907
tweiss@reedsmith.com                                 Email: mark.davis@daviscrump.com
*Attorney for Defendant American Medical*            *Attorney for Plaintiffs on Exhibit A*
*Systems, Inc.*

Dated: April 2, 2015

**EXHIBIT A - DAVIS & CRUMP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-11489 | Ruby Kalkbrenner, Ronald Likes v. C. R. Bard, Inc., American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/Tracy G. Weiss