IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,                                                    MDL NO. 2187
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Attorney Information, filed on April 2, 2015. [Docket # 1511.] In the motion, counsel request that in the main MDL and each individual case in which attorney Jennifer R. Johnson appears, the firm information be updated as set forth in the Motion.

It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

The Clerk is instructed to update the information, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2187 with which said attorney is associated.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

                                                   ENTER: April 3, 2015

                                                   JOSEPH R. GOODWIN
                                                   UNITED STATES DISTRICT JUDGE