IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE C.R. BARD, INC.,** <br> **PELVIC REPAIR SYSTEM PRODUCTS** <br> **LIABILITY LITIGATION** | **MDL No. 2187** |
| **IN RE AMERICAN MEDICAL SYSTEMS,** <br> **PELVIC REPAIR SYSTEM PRODUCTS** <br> **LIABILITY LITIGATION** | **MDL No. 2325** |
| **IN RE BOSTON SCIENTIFIC CORP.,** <br> **PELVIC REPAIR SYSTEM PRODUCTS** <br> **LIABILITY LITIGATION** | **MDL No. 2326** |
| **IN RE ETHICON, INC.,** <br> **PELVIC REPAIR SYSTEM PRODUCTS** <br> **LIABILITY LITIGATION** | **MDL No. 2327** |
| **IN RE COLOPLAST CORP.** <br> **PELVIC REPAIR SYSTEM PRODUCTS** <br> **LIABILITY LITIGATION** | **MDL No. 2387** |

**THIS DOCUMENT RELATES TO ALL CASES**

### JOINT MOTION FOR SUBSTITUTION OF COUNSEL
### AND WITHDRAW OF COUNSEL

PLEASE TAKE NOTICE, that Edwards Law Firm, by and through their undersigned counsel, respectfully moves this Court for entry of an order for all actions in which **Jackqualyn R. Quinton and Mark S. Thetford formerly appeared as Counsel, Edwards Law Firm moves to substitute Attorney Tony Edwards as Counsel** in MDL Nos. 2187, 2325, 2326, 2327 and 2387, and **withdraw Jackqualyn Quinton and Mark Thetford as Counsel**, who are leaving the firm.

Accordingly, Edwards Law Firm respectfully requests that the Court enter an order updating each member case in which any of the named attorneys have been associated in MDL Nos. 2187, 2325, 2326, 2327 and 2387.

Dated: April 3, 2015

/s/ Jackqualyn Quinton
Jackqualyn Quinton OBA#22439
Edwards Law Firm
8282 S. Memorial Dr., Ste. 100
Tulsa, OK 74133
Phone: 800-304-9246
Fax: 918-615-3558
Email: jquinton@edwardslawok.com

/s/ Tony Edwards (with consent)
Tony Edwards OBA#2649
Edwards Law Firm
321 S. Third St, Ste. 1
McAlester, OK 74501
Phone: 800-304-9246
Fax: 918-302-3701
Email: tedwards@edwardslawok.com

/s/ Mark Thetford (with consent)
Mark Thetford OBA#12893
Edwards Law Firm
8282 S. Memorial Dr., Ste. 100
Tulsa, OK 74133
Phone: 800-304-9246
Fax: 918-615-3558
Email: mthetford@edwardslawok.com