# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/9/2015                                                              Case Number 2:10-md-02187
Case Style: In Re:  C. R. Bard vs.
Type of hearing Scheduling Conference
Before the honorable: 2513-Goodwin
Court Reporter Mary Schweinhagen                         Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Henry Garrard; Don Migliori


Attorney(s) for the Defendant(s) Meredith Karp; Sean Jessee; George Weng; Deb Moeller; Chris Dusseault;Rebecca Betts


Law Clerk Kate Fife                                                          Probation Officer
                                            Trial Time



Non-Trial Time
Pretrial conference (including settlement and telephone conferences).


Court Time
10:00 am   to 10:30 am
Total Court Time: 0 Hours 30 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes
Scheduled start time 10:00 a.m.
Actual start time 10:00 a.m.

SCHEDULING CONFERENCE
Counsel for parties present
re:  TSL/Sofradim cross-claims against C. R. Bard.
End time 10:30 a.m.