UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: C.R. BARD, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

MDL No. 2187

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

PRETRIAL ORDER # 173
(Briefing Schedule)

On April 9, 2015, I conducted a Scheduling Conference following the filing of Sofradim Production's and Tissue Science Laboratories Limited's amended answers to plaintiffs' Master Long Form Complaint and cross-claims against defendant C. R. Bard, Inc.  It is **ORDERED** that the following briefing schedule applies for any preliminary motions referenced at the Scheduling Conference:

(1) Any motions and supporting memoranda are due **April 23, 2015**;

(2) Any responses are due **April 30, 2015**;

(3) Any replies are due **May 4, 2015.**

Regarding page limitations, the court refers the parties to Local Rule of Civil Procedure 7.1(a)(2).

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-04297.  In cases subsequently filed in this district, a copy of the most recent pretrial order will

be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:  April 9, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE