**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**IN RE C.R. BARD, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

**MDL No. 2187**

**------------------------------------------------------------**
**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER # 174**
**(Amended Briefing Schedule)**

For reasons appearing to the court, it is **ORDERED** that the briefing schedule for any preliminary motions referenced at the Scheduling Conference on April 9, 2015 and previously set by Pretrial Order # 173 is hereby adjourned as follows:

(1) Any motions and supporting memoranda are due **May 14, 2015**;

(2) Any responses are due **June 4, 2015**;

(3) Any replies are due **June 18, 2015**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-05145. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial

orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: April 24, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE