**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: C. R. BARD, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2187** |
| **THIS DOCUMENT RELATES TO:** | |
| **LUANN HANKEMEIER** | **2:14-cv-15683** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2015, I caused Defendant C. R. Bard, Inc.'s Objections to Plaintiff's Deposition On Written Questions to Charbel Salamon, M.D. to be served on counsel of record in this matter, and I hereby certify that I caused this Certificate of Service to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

/s/ Eric L. Alexander
Eric L. Alexander
REED SMITH LLP
1301 K Street, N.W.
Suite 1100-East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299
ealexander@reedsmith.com

*Attorneys for Defendant C. R. Bard, Inc.*