IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C.R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2187

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE

Plaintiff in the case listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiff and AMS jointly move the court to dismiss AMS as a defendant in this action without prejudice, and terminate AMS from the docket in the action. Other defendants remain in this action, and plaintiff will continue to prosecute her action against them.

Respectfully:

/s/ Tracy G. Weiss
Tracy G. Weiss
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
tweiss@reedsmith.com
*Attorney for Defendant American Medical Systems, Inc.*

/s/ Henry G. Garrard
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY
P. O. Box 832
Athens, GA 30603
706.354.4000 (phone)
706.549.3545 (fax)
hgg@bbgbalaw.com
*Attorney for Plaintiff on Exhibit A*

Dated:  May 28, 2015

## EXHIBIT A - BLASINGAME BURCH GARRARD & ASHLEY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-05598 | Heather Marie Schlotthauer Drake v. C. R. Bard, Inc., Sofradim Production SAS, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.


/s/ Tracy G. Weiss