IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2187

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2187, 2:10-md-2187 [Docket # 1567], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. With Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and in the individual cases listed on the attached Exhibit A.

ENTER: May 29, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A - BLASINGAME BURCH GARRARD & ASHLEY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-cv-06822 | Kelly Cochren v. C. R. Bard, Inc., Tissue Science Laboratories Limited, American Medical Systems, Inc. |
| 2:13-cv-09042 | Andrea Finley, Bryan Finley v. C. R. Bard, Inc., Tissue Science Laboratories Limited, American Medical Systems, Inc. |
| 2:14-cv-03301 | Anne DiBona, Kevin DiBona v. C. R. Bard, Inc., Sofradim Production SAS, American Medical Systems, Inc. |