APPROVED and SO ORDERED.

ENTER: 2844237 (?)

*Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS          MDL No. 2326
LIABILITY LITIGATION                              Honorable Joseph R. Goodwin

-------------------------------------------------------------------------------------------------------------

Karen D. Bierman and Edward Bierman,

**Plaintiff(s),**

v.                                                              CASE NO. 13-cv-02336

Boston Scientific Corporation,
C.R. Bard, Inc.,

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2326, In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, to:

MDL 2187 C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2326 against Boston Scientific Corp. and others. Plaintiff(s) later filed an Amended Complaint that no longer included Boston Scientific Corp. in that litigation; included instead, among others, were the following parties from MDL 2187:

C.R. Bard, Inc.

Because Boston Scientific Corp. is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2326 to 2187; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2326 and re-associate it with MDL 2187.

s/ John J. Foley

John J. Foley
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
jfoley@simmonsfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

s/ John J. Foley

John J. Foley
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
jfoley@simmonsfirm.com