UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE C.R. BARD, INC. PELVIC REPAIR             MDL No. 2187
SYSTEM PRODUCTS LIABILITY
LITIGATION

-------------------------------------------------------------

**PRETRIAL ORDER #182**
**(Fourth Amended Briefing Schedule)**

For reasons appearing to the Court, it is **ORDERED** that the briefing schedule for any preliminary motions referenced at the Scheduling Conference on April 9, 2015, previously set by Pretrial Order # 173 and adjourned by Pretrial Orders # 174, 176 and 178, is hereby adjourned as follows:

(1) Any motions and supporting memoranda are due **July 16, 2015**;

(2) Any responses are due **August 6, 2015**;

(3) Any replies are due **August 20, 2015**.

The Court **DIRECTS** the Clerk to file a copy of this order in 2:10-md-2187 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:15-cv-08212. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial

orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

                ENTER: June 24, 2015

                _____
                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE