IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2187

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

ORDER
(Granting Third Interim Application for Reimbursement
of Fees and Costs (Filed Under Seal))

I have considered the Third Interim Application for Reimbursement of Fees and Costs [Docket 1587] of the Special Master for allowance of interim compensation for professional services rendered and expenses incurred in connection with service as Special Master in the MDL 2187 matter from May 1, 2015 through May 31, 2015.  For good cause shown, it is hereby **ORDERED** that the Third Application is **GRANTED**.

It is further **ORDERED** that:

(1)  The MDL No. 2187 Common Benefit Fund shall remit to the Special Master 50% of the amount for fees and reimbursement of expenses reflected in the Third Application, which amount has been approved by this Order; and

(2)  Defendants shall remit to the Special Master 50% of the amount for fees and reimbursement of expenses reflected in the Third Application, which amount has been approved by this Order.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 2, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE