UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

APPROVED and SO ORDERED.
ENTER: 2913814237

IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEM PRODUCTS LIABILITY LITIGATION          MDL No. 2387

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

Gladys Virginia Aldrich

**Plaintiff(s),**

v.                                                         CASE NO. 2:13-cv-20103

C.R. Bard, Inc.

**Defendant(s).**

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2387, In re: Coloplast Corp. Pelvic Support System Products Liability Litigation, to:

MDL   2187 C. R. Bard, Inc., Pelvic Repair System Products Liability Liti...

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2387 against Coloplast Corp. and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Coloplast Corp. or another named defendant in that litigation; included instead, among others, were the following parties from MDL   2187   :

C.R. Bard, Inc.

Because Coloplast Corp. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2387 to 2187 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2387 and re-associate it with MDL 2187 .

/s/ Ryan L. Thompson

Texas State Bar No. 24046969
Watts Guerra LLP
5726 W. Hausman Rd., Ste. 119
San Antonio, Texas 78249
(210) 448.0500
(210) 448.0501 (facsimile)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Ryan L. Thompson

Texas State Bar No. 24046969
Watts Guerra LLP
5726 W. Hausman Rd., Ste. 119
San Antonio, Texas 78249
(210) 448.0500
(210) 448.0501 (facsimile)

Attorneys for Plaintiff