IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2187

THIS DOCUMENT RELATES TO C. R. BARD WAVE 4 & WAVE 5 CASES

MEMORANDUM OPINION AND ORDER
(*Daubert* Motion re: Marta Villarraga, Ph.D.)

Pending in *In re C. R. Bard, Inc. 2:10-md-2187*, MDL 2187, is the plaintiffs' *Daubert* motion[1] to Exclude Opinions and Testimony of Marta Villarraga, Ph.D. [ECF No. 4553]. The motion is now ripe for consideration because the briefing is complete. As set forth below, the plaintiffs' motion is **GRANTED in part** and **DENIED is part**.

I.   Background

These groups of cases reside in one of seven MDLs assigned to me by the Judicial Panel on Multidistrict Litigation ("MDL") concerning the use of transvaginal surgical mesh to treat pelvic organ prolapse ("POP") and stress urinary incontinence ("SUI"). In the seven MDLs, there are more than 29,000 cases currently pending, approximately 3,000 of which are in the C. R. Bard, Inc. MDL, MDL No. 2187.

---

[1] Rather than refile, the plaintiffs entered a "notice" adopting prior *Daubert* motions that incorporate the parties positions previously formulated in Waves 1 and 2.

In an effort to manage the massive Bard MDL efficiently and effectively, the court decided to conduct pretrial discovery and motions practice on an individualized basis. To this end, I selected certain cases to become part of a "wave" of cases to be prepared for trial and, if necessary, remanded.

Upon the creation of a wave, I enter a docket control order subjecting each active case in the wave to the same scheduling deadlines, rules regarding motion practice, and limitations on discovery. *See, e.g.*, Pretrial Order ("PTO") # 236, *In re C. R. Bard, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, No. 2:10-md-02187, Jan. 27, 2017, https://www.wvsd.uscourts.gov/MDL/2187/orders.html. Included among the discovery rules imposed by the court is the obligation of the parties to file *Daubert* motions seeking to limit or exclude the testimony of general experts in the main MDL, MDL 2187, and to identify which cases the motion would affect.

## II. Legal Standard

Under Federal Rule of Evidence 702, expert testimony is admissible if it will "help the trier of fact to understand the evidence or to determine a fact in issue" and (1) is "based upon sufficient facts or data" and (2) is "the product of reliable principles and methods" which (3) has been reliably applied "to the facts of the case." Fed. R. Evid. 702. A two-part test governs the admissibility of expert testimony. The evidence is admitted if it "rests on a reliable foundation and is relevant." *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579, 597 (1993). The proponent of expert testimony does not have the burden to "prove" anything. However, he or she must "come forward with

evidence from which the court can determine that the proffered testimony is properly admissible." *Md. Cas. Co. v. Therm-O-Disc, Inc.*, 137 F.3d 780, 783 (4th Cir. 1998).

The district court is the gatekeeper. It is an important role: "[E]xpert witnesses have the potential to be both powerful and quite misleading"; the court must "ensure that any and all scientific testimony . . . is not only relevant, but reliable." *Cooper v. Smith & Nephew, Inc.*, 259 F.3d 194, 199 (4th Cir. 2001) (citing *Daubert*, 509 U.S. at 588, 595; *Westberry v. Gislaved Gummi AB*, 178 F.3d 257, 261 (4th Cir. 1999)). I "need not determine that the proffered expert testimony is irrefutable or certainly correct" – "[a]s with all other admissible evidence, expert testimony is subject to testing by '[v]igorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof.'" *United States v. Moreland*, 437 F.3d 424, 431 (4th Cir. 2006) (alteration in original) (quoting *Daubert*, 509 U.S. at 596 (alteration in original)); *see also Md. Cas. Co.*, 137 F.3d at 783 ("All *Daubert* demands is that the trial judge make a 'preliminary assessment' of whether the proffered testimony is both reliable . . . and helpful.").

*Daubert* mentions specific factors to guide the overall relevance and reliability determinations that apply to all expert evidence. They include (1) whether the particular scientific theory "can be (and has been) tested"; (2) whether the theory "has been subjected to peer review and publication"; (3) the "known or potential rate of error"; (4) the "existence and maintenance of standards controlling the technique's operation"; and (5) whether the technique has achieved "general acceptance" in the

relevant scientific or expert community. *United States v. Crisp*, 324 F.3d 261, 266 (4th Cir. 2003) (quoting *Daubert*, 509 U.S. at 593-94).

Despite these factors, "[t]he inquiry to be undertaken by the district court is 'a flexible one' focusing on the 'principles and methodology' employed by the expert, not on the conclusions reached." *Westberry*, 178 F.3d at 261 (quoting *Daubert*, 509 U.S. at 594-95); *see also Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 150 (1999) ("We agree with the Solicitor General that '[t]he factors identified in *Daubert* may or may not be pertinent in assessing reliability, depending on the nature of the issue, the expert's particular expertise, and the subject of his testimony.'" (citation omitted)); *see also Crisp*, 324 F.3d at 266 (noting "that testing of reliability should be flexible and that *Daubert*'s five factors neither necessarily nor exclusively apply to every expert").

With respect to relevancy, *Daubert* also explains:

> Expert testimony which does not relate to any issue in the case is not relevant and, ergo, non-helpful. The consideration has been aptly described by Judge Becker as one of "fit." "Fit" is not always obvious, and scientific validity for one purpose is not necessarily scientific validity for other, unrelated purposes. . . . Rule 702's "helpfulness" standard requires a valid scientific connection to the pertinent inquiry as a precondition to admissibility.

*Daubert*, 509 U.S. at 591-92 (citations and internal quotation marks omitted).

## III. Analysis

The plaintiffs seek to exclude certain opinions and testimony of Marta Villarraga, Ph.D., a biomedical engineer that works for Exponent, Inc.

4

1. Preparation of Expert Report

As a preliminary matter, the plaintiffs discuss the preparation of Dr. Villarraga's expert report. They contend that multiple Exponent employees assisted in the research and writing of it and argue that "Exponent's holistic 'team' approach to expert report preparation warrants close scrutiny of Bard's proposed Exponent experts' testimony." Notice of Adoption of Prior Daubert Mot. of Marta Villarraga, Ph.D. for Waves 4 and 5 Cases, Ex. 1 at 6 [ECF No. 4553-1]. According to the plaintiffs, this team method "renders [Dr. Villarraga's] entire report suspect from the outset." *Id.* Even having made these arguments, the plaintiffs never contend that this method of report preparation is a basis to exclude Dr. Villarraga's opinions entirely. Thus, I need not address such a contention under *Daubert* standards.

2. Allegedly Non–Expert Lawyer Arguments

Next, the plaintiffs argue that much of Dr. Villarraga's report contains alleged expert opinions that are, in reality, arguments that the lawyers can make. As such, they state that such opinions should be excluded. I have previously analyzed opinions of Dr. Villarraga in another case, and I rule consistently here. "To the extent that the [Dr. Villarraga] purport[s] to simply make arguments that Bard's lawyer's may make, such testimony is not expert opinion and should be excluded. Simply pointing out inconsistencies does not require any 'scientific, technical, or other specialized knowledge.'" *In re C. R. Bard, Inc.*, 948 F. Supp. 2d 589, 644 (S.D. W. Va. 2013) (citing Fed. R. Evid. 702). However, Dr. Villarraga's "attacks on the plaintiffs'

experts' scientific basis for their opinions and their alleged failure to take into account certain testing and clinical experience are admissible." *Id.* Therefore, I **EXCLUDE** Dr. Villarraga's opinions to the extent that they "simply make arguments that Bard's lawyers may make." *Id.*

### 3. Factual Narratives

The plaintiffs allege that Dr. Villarraga's report contains factual narratives that are improper expert testimony. I incorporate my prior decision concerning this matter here:

> I **FIND** that *Liberty Medica Corp. v. Vivendi Universal, S.A.* provides the appropriate solution to the situation at hand. 874 F. Supp. 2d 169, 174 (S.D.N.Y. 2012). The Southern District of New York in *Liberty Media* held:
>
>> [The expert] will not be permitted to exhaustively recount all of the facts of the case. . . . [The expert] will not be permitted to recount the entire history of Vivendi through the class period. Rather, [the expert] must draw on the facts only as necessary—and in as concise a manner as possible—to support his opinion . . . which is based on his experience in corporate valuations. I decline to parse [the expert]'s report paragraph-by-paragraph to determine where the report turns from expert analysis to factual narrative. Rather, I trust plaintiff's counsel will exercise discretion in allocating trial time and will only present the facts necessary to support [the expert]'s opinion. In the event plaintiffs' counsel fails to exercise appropriate discretion, I will cut off any lengthy factual narrative.
>
> *Id.* Accordingly, the plaintiffs' motion to exclude factual narratives by the Exponent Experts is **GRANTED in part** to the extent that they may not seek to offer factual

> narratives, but **DENIED in part** to the extent that they may present the bases for their expert opinions in this case.

*In re C. R. Bard, Inc.,* 948 F. Supp. 2d at 646. I adopt my reasoning above and, thus, **GRANT in part** and **DENY in part** the plaintiffs' motion as to this matter.

    4. <u>Opinions Regarding Biocompatibility Testing and Benchtop Testing</u>

The plaintiffs next argue that Dr. Villarraga's opinions related to Bard's biocompatibility testing and Bard's benchtop testing are unreliable. First, the plaintiffs argue that any opinion based on Bard's biocompatibility testing under ISO 10993 is unreliable. They point out that, for the Avaulta, Bard relied on past biocompatibility testing of another product, the Spermatex, and that Bard conducted lab tests for the Avaulta on only animals and no living humans. If the plaintiffs would like to challenge Dr. Villarraga's opinions in regard to these facts, I **FIND** that cross-examination is the proper vehicle, rather than a *Daubert* motion. *See Daubert,* 509 U.S. at 596 ("Vigorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the traditional and appropriate means of attacking shaky but admissible evidence.").

In addition, the plaintiffs argue that Dr. Villarraga's opinions based on benchtop testing are unreliable. Benchtop testing includes mechanical tests, such as tensile testing. Due to this testing's failure to replicate an *in vivo* environment, I have previously found it to be an unreliable basis for opinions concerning the behavior of mesh in the human body. *See In re C.R. Bard, Inc.,* 948 F. Supp. 2d 589, 639 (S.D. W. Va. 2013) (Dr. Brennan); *Tyree v. Bos. Sci. Corp.,* 2014 WL 5320566, No. 2:12–cv–08633, at *29–33 (S.D. W. Va. Oct. 17, 2014) (Dr. Barker). I rule accordingly here.

Therefore, I **EXCLUDE** Dr. Villarraga's testimony to the extent that her opinions based on benchtop testing relate to the mesh's behavior *in vivo*.

## IV. Conclusion

To summarize, I **GRANT in part** and **DENY in part** the plaintiffs' motion concerning Dr. Villarraga, Ph.D. [ECF No. 4553] consistent with my reasoning above.

The court **DIRECTS** the Clerk to file a copy of this Memorandum Opinion and Order in 2:12-md-2187, and the Bard Wave 4 and Wave 5 cases identified in the Exhibit attached hereto. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 23, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit "1"

| Wave | Civil Action No. | Case Name |
|---|---|---|
| ~~2187 - COVIDIEN WAVE 1~~ | ~~2:13-cv-29220~~ | ~~Miller et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:11-cv-00904~~ | ~~Ward et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-00619~~ | ~~Dickson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-00812~~ | ~~Smith et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-01725~~ | ~~Lambrecht v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-02118~~ | ~~Cook v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-02505~~ | ~~Gomez v. C. R. Bard, Inc.~~ |
| 2187 WAVE 4 | 2:12-cv-02564 | Richardson et al v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:12-cv-02725~~ | ~~Moore et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-04481~~ | ~~Fine v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-05465~~ | ~~Azbill et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-06391~~ | ~~Jacoby v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-06470~~ | ~~Wilson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-06841~~ | ~~Chrastecky et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:12-cv-07079~~ | ~~Hubner et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 4 | 2:12-cv-07570 | Lee v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-07578 | Degarmo v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-09632 | Skinner v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:12-cv-09670~~ | ~~Summers v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-01025~~ | ~~Perez et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-01028~~ | ~~Warbutton et al v. C. R. Bard, Inc. et al~~ |
| 2187 WAVE 4 | 2:13-cv-01524 | Holmes v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-01526 | Nall v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:13-cv-02139~~ | ~~Moubray et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-03291~~ | ~~Sciulla et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-04813~~ | ~~Gabler et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-06629~~ | ~~Nicholson et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-08256~~ | ~~Crase et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-08365~~ | ~~Magers et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-08607~~ | ~~Zephro v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-08983~~ | ~~Davison v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-09324~~ | ~~Johnson et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-09635~~ | ~~Noll et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 4 | 2:13-cv-10318 | Priddy v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:13-cv-10496~~ | ~~Santiago v. C. R. Bard, Inc.~~ |
| 2187 WAVE 4 | 2:13-cv-11499 | D'Angelo v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 4~~ | ~~2:13-cv-11655~~ | ~~Smith v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-11811~~ | ~~LeBeau et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-11949~~ | ~~Slate et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-12390~~ | ~~Wheeler v. C. R. Bard, Inc.~~ |
| 2187 WAVE 4 | 2:13-cv-12416 | Speetzen v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:13-cv-12622~~ | ~~Cox et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-13234~~ | ~~Bennett et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:13-cv-13245~~ | ~~Graciano et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 4 | 2:13-cv-15209 | Gardiner v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-16405 | Newell v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-17989 | Radatz v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:13-cv-18752~~ | ~~Spencer v. C. R. Bard, Inc.~~ |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:13-cv-19575 | Swarts et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-19736 | Johnson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-20036 | Richardson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-20881 | Long v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-23388 | Athans et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-23391 | Baker v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24208 | Carnahan v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24515 | Chirino et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24844 | Steffy v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24849 | Martinez v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24853 | Sanborn et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-25041 | Clothier v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26000 | Davidson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26011 | Dunklebarger v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26100 | Moize v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26574 | Landers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26748 | Raines et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26796 | Justice et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-28084 | Hoffman et al v. Ethicon, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-29220 | Miller et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-29823 | Robbins et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-29841 | Carrillo et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30640 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30814 | Hannig et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30975 | Alexander et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-30998 | Cassada v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31106 | Price et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31141 | Zurinsky v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31242 | Howard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32049 | Utter et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32187 | Thomasson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32359 | Hummel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32972 | Wilson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33474 | Armintrout v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33590 | Garcia et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33628 | Hunt et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33690 | Barker et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33757 | Mealor v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-34058 | Purcell et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00161 | Schreiber-Hester et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00404 | Gilbert v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00606 | Moore et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00807 | George et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00952 | Black v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-01027 | Massey v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-01411 | Politi-Topal v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-02528 | Cuffee et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-02847 | Izatt v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:14-cv-02877 | Robbins et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-04536 | Sanders v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-04542 | Solis v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-05601 | Sheaffer v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-06478 | Wright et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-07543 | Cooley et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-08261 | Shattuck v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-08612 | Stamey et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-09878 | Ford v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-11940 | Stoddard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-14119 | Wilson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-14209 | Guerrero et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-15114 | Marney et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:14-cv-19736 | Fuller v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-23928 | Griffith v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-24747 | Pickard et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-25362 | Stapel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-25366 | Silvia v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-26473 | Eilf v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-27463 | Edwards v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-27466 | Stewart et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-31139 | Salgado et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-31156 | Springman et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-00620 | Hammel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-02461 | Schoneman et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-04297 | Preator et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-04353 | Brulatour v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-06997 | Polanco v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-08436 | Fake et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-11694 | Kellar v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-13199 | Holbrooks et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01279 | Mendez v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01610 | Spence et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01999 | Belstad v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03707 | Gritten v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03709 | Drake et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03719 | Jones v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03721 | Keisling et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03778 | Ledwein et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03779 | Henderson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03816 | Toulson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03817 | Struble et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03842 | Moore et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03896 | Pickering v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-10807 | Brown v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-10995 | Branscome v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11011 | Lackey v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11014 | Miller v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:16-cv-11016 | Morgan v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11017 | Powell v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11020 | Teeples v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11021 | Swiney v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11035 | Updike v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11040 | Woodard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11041 | Powers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11103 | Martin v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11104 | McWilliams v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11105 | Weber v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11106 | Rogers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11112 | Nadeau v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11113 | Hall v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11114 | Phelps v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11115 | Rodericks v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11116 | Bivens v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11118 | Gilbert v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11135 | Brewer v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:16-cv-11633~~ | ~~Madsen et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:16-cv-12677~~ | ~~Baugh v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13614~~ | ~~Leslie v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13620~~ | ~~Smallwood v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13663~~ | ~~Gonzalez v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13900~~ | ~~Leas v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13901~~ | ~~Yancey et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13903~~ | ~~Pierce et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13904~~ | ~~Pate et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13905~~ | ~~Nus et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13926~~ | ~~Kinlaw-Williams et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14028~~ | ~~Crouch et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14030~~ | ~~Whitaker et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14672~~ | ~~Epstein v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14675~~ | ~~Williamson-Johnson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14745~~ | ~~McClinock, et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15055~~ | ~~Doyle et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15056~~ | ~~Gliem et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15067~~ | ~~Foster et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15352~~ | ~~Acuna v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15354~~ | ~~Duffitt et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15641~~ | ~~Murray et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15918~~ | ~~Eads et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-16068~~ | ~~Pierson et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-16401~~ | ~~Leyba v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-18852~~ | ~~Silva et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-19713~~ | ~~Westhoff v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20235~~ | ~~Robertson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20236~~ | ~~Showalter et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20396~~ | ~~Berlt v. C. R. Bard, Inc.~~ |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:13-cv-20766 | Gonzales et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-21345 | Walton v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-21538 | Cespedes v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-21713 | Woods v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-21732 | Dailey et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:13-cv-23175 | Clisante-King v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-23801 | McElfresh et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-24323 | Nguyen v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-25280 | McClenny et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-25316 | Barlar v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-25321 | Goodreau v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-29271 | Preston et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-30030 | Meador v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-30032 | Spencer v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-31643 | Cooper v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-31646 | Brewer et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-31652 | Frew v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-33156 | Riddle et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-33991 | Tyson et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:13-cv-34034 | Miller v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-34036 | Wilder v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-01412 | Cole et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-03436 | Clanin v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-03439 | Kitchen v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-09564 | Williams et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-09569 | Cook v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11138 | Darrow v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11363 | McCarthey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11891 | Beneke et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11906 | Heathcock et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11919 | Linder v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12030 | Hitchcock et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12152 | Tieman v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12262 | Pemberton v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12283 | Dressler et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12426 | Bilbrey et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12489 | Weilert et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-12526 | Gagel v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12532 | Grillo v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12673 | Turonek et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-12759 | Harris et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13251 | Nelson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13261 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13444 | Mullen v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13574 | Novak v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13675 | Levine v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13682 | Mings et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13922 | Cortez et al v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| ~~2187 WAVE 5~~ | ~~2:14-cv-13934~~ | ~~Esquivel v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-16367~~ | ~~Brooks v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-16823~~ | ~~Andersen et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-17354~~ | ~~Burton v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-17388~~ | ~~Drake v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-18018~~ | ~~Young et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-18139~~ | ~~Bailey et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-18151 | Miller v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:14-cv-18154~~ | ~~Peacock v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-18442 | D'Andrea et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-18890 | McManus v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 5~~ | ~~2:14-cv-19474~~ | ~~Gerwe v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-19478~~ | ~~Mathis et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-19481~~ | ~~Oglesby v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-21507~~ | ~~Gunderman v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-21512~~ | ~~Hayes v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-21874 | McCray v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22373~~ | ~~Weber et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22823~~ | ~~Carnley et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22836~~ | ~~Coles et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22900~~ | ~~Hinklin et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22961~~ | ~~Musgrove v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22966~~ | ~~Rajk v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22970~~ | ~~Ross v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22971~~ | ~~Ruiz-Bernal et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23267~~ | ~~Armijo et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23282~~ | ~~Garcia v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23284~~ | ~~Hersh v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23289~~ | ~~Blodgett v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23290~~ | ~~Czernienko v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23292~~ | ~~Norgah v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23298~~ | ~~Zielicke v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23301~~ | ~~Stewart v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23312~~ | ~~Neal et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23328~~ | ~~Cox v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23329~~ | ~~Banks v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23333~~ | ~~Dewitt v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23336~~ | ~~Foushee v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23337~~ | ~~Cowick et al. v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23339~~ | ~~Ray v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23385~~ | ~~Williams v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23387~~ | ~~Martin et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23391~~ | ~~Doane et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23392~~ | ~~Rivera et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23395~~ | ~~Peacock et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23396~~ | ~~Rogers et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23399~~ | ~~Powell et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23401~~ | ~~Barber v. C. R. Bard, Inc. et al~~ |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:14-cv-23413 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23414 | Jansson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23418 | Raia et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23425 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23434 | Stone v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23436 | Upchurch v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23437 | Petrovich v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23486 | Surgenor v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23497 | Brennan et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23591 | Becks v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23627 | Juette v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23638 | Hinojosa et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-24638 | Gonzalez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-25083 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-26372 | Case v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-26375 | Ely et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-26383 | Williams v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-28940 | Seedorff et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-28941 | Williams v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-28943 | Smith et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-28944 | Barnett v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29690 | Dotson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29730 | Nelson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29781 | Earhart v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29786 | Lamoreaux v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29793 | LePage et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29808 | Casstevens et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29833 | Pearson et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29856 | Hart v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29930 | Martinez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29980 | Rosemond v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29991 | Robbins et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30039 | Nolden et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30046 | Ouellette et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30055 | Rector v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30199 | Lytle et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30226 | Caskey et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30239 | Mace et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30303 | Cullum et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30504 | Carter et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30561 | Allison v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30591 | Spiker v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30717 | Moser v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30725 | Mooney v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30812 | Griffin v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30833 | Walker et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-31203 | Laabs et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-01205 | Elliott et al v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:15-cv-01370 | Keener v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-01571 | Bockmon v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-01847 | Harville v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-03487 | Arnold v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-04148 | Eyer v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-04518 | Heffran v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-05716 | Krause v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-07218 | Pedersen et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-07220 | Russell et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-09659 | Key et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-12622 | Juarez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-13246 | Adams v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-14679 | Keithley et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-14963 | Tomac et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-15582 | Carter v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-16402 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-01855 | Eiffler v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:16-cv-03989 | Watson et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04032 | Elrod et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04037 | Young et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04536 | Thompson et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04949 | Prince v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-05003 | Roberts et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06318 | Bess et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06360 | Crook v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06361 | Jasso et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06362 | Bailey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06739 | Collins v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06740 | Krishnan et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06741 | Roberts v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06743 | Knernschield et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07322 | Donley v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07402 | Cole v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07610 | Lingenfelter et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07655 | Barton v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07694 | Ellis et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07705 | Alvey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-08014 | Mathis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10411 | DeTro v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10809 | Clarke v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10811 | Corley-Davis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10814 | Currie v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10815 | Dennis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10819 | Herrera v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10821 | Martinez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11136 | Crowe v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11137 | Daily v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11139 | Davis v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:16-cv-11142 | Donovan v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11144 | Fay v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11147 | Johnson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11150 | Hale-Cuellar v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11158 | Hauber v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11161 | Hill v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11163 | Kolodzyk v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11167 | Mahnke v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11169 | Miecznikowski v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11170 | Morrill v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11175 | Reynolds v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11186 | Nichols v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11266 | Frederick v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11798 | Jeffries v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11803 | Josey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11811 | Piper v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11817 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11819 | Stephenson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11820 | Stevens v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11821 | Tatum v. C. R. Bard, Inc. |