IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                MDL No. 2187

THIS DOCUMENT RELATES TO C. R. BARD WAVE 4 & WAVE 5 CASES ATTACHED HERETO

MEMORANDUM OPINION AND ORDER
(*Daubert* Motion re: Matthew Clark, M.D.)

Pending in *In re C. R. Bard, Inc.*, No. 2:10–md–2187, MDL 2187, is the plaintiffs' *Daubert* Motion to Exclude Certain General Opinions and Testimony of Matthew Clark, M.D. [ECF No. 4540]. The Motion is now ripe for consideration because the briefing is complete. As set forth below, the plaintiffs' Motion is **GRANTED in part**, **DENIED in part**, and **RESERVED in part**.

I.   Background

These cases reside in one of seven MDLs assigned to me by the Judicial Panel on Multidistrict Litigation ("MDL") concerning the use of transvaginal surgical mesh to treat pelvic organ prolapse ("POP") and stress urinary incontinence ("SUI"). In the seven MDLs, there are more than 24,000 cases currently pending, approximately 3,000 of which are in the C. R. Bard, Inc. MDL, MDL No. 2187.

In an effort to manage the massive Bard MDL efficiently and effectively, the court decided to conduct pretrial discovery and motions practice on an individualized

basis. To this end, I selected certain cases to become part of a "wave" of cases to be prepared for trial and, if necessary, remanded.

Upon the creation of a wave, I enter a docket control order subjecting each active case in the wave to the same scheduling deadlines, rules regarding motion practice, and limitations on discovery. *See, e.g.*, Pretrial Order ("PTO") # 236, *In re C. R. Bard, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, No. 2:10–md–02187, Jan. 27, 2017, https://www.wvsd.uscourts.gov/MDL/2187/orders.html. Included among the discovery rules imposed by the court is the obligation of the parties to file *Daubert* motions seeking to limit or exclude the testimony of general experts in the main MDL, MDL 2187, and to identify which cases the motion would affect.

Before plunging into the heart of the Motion, I am compelled to comment on the manner in which the parties filed several of their recent general *Daubert* motions. Rather than file a motion, the parties filed a "Notice" to adopt and incorporate the entirety of a motion filed in a previous wave – sometimes several years old. As such, the grounds upon which the parties challenge the proffered expert are sometimes inapplicable to the cases grouped in Wave 4 or Wave 5. With this in mind, the following analysis involves the parties' efforts to exclude or limit the general opinions and testimony of the experts so identified.

## II. Legal Standard

Under Federal Rule of Evidence 702, expert testimony is admissible if it will "help the trier of fact to understand the evidence or to determine a fact in issue" and (1) is "based upon sufficient facts or data" and (2) is "the product of reliable principles

and methods" which (3) has been reliably applied "to the facts of the case." Fed. R. Evid. 702. A two-part test governs the admissibility of expert testimony. The evidence is admitted if it "rests on a reliable foundation and is relevant." *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579, 597 (1993). The proponent of expert testimony does not have the burden to "prove" anything. However, he or she must "come forward with evidence from which the court can determine that the proffered testimony is properly admissible." *Md. Cas. Co. v. Therm-O-Disc, Inc.*, 137 F.3d 780, 783 (4th Cir. 1998).

The district court is the gatekeeper. It is an important role: "[E]xpert witnesses have the potential to be both powerful and quite misleading"; the court must "ensure that any and all scientific testimony . . . is not only relevant, but reliable." *Cooper v. Smith & Nephew, Inc.*, 259 F.3d 194, 199 (4th Cir. 2001) (citing *Daubert*, 509 U.S. at 588, 595; *Westberry v. Gislaved Gummi AB*, 178 F.3d 257, 261 (4th Cir. 1999)). I "need not determine that the proffered expert testimony is irrefutable or certainly correct" – "[a]s with all other admissible evidence, expert testimony is subject to testing by '[v]igorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof.'" *United States v. Moreland*, 437 F.3d 424, 431 (4th Cir. 2006) (alteration in original) (quoting *Daubert*, 509 U.S. at 596); *see also Md. Cas. Co.*, 137 F.3d at 783 ("All *Daubert* demands is that the trial judge make a 'preliminary assessment' of whether the proffered testimony is both reliable . . . and helpful.").

*Daubert* mentions specific factors to guide the overall relevance and reliability determinations that apply to all expert evidence. They include (1) whether the

particular scientific theory "can be (and has been) tested"; (2) whether the theory "has been subjected to peer review and publication"; (3) the "known or potential rate of error"; (4) the "existence and maintenance of standards controlling the technique's operation"; and (5) whether the technique has achieved "general acceptance" in the relevant scientific or expert community. *United States v. Crisp*, 324 F.3d 261, 266 (4th Cir. 2003) (quoting *Daubert*, 509 U.S. at 593-94).

Despite these factors, "[t]he inquiry to be undertaken by the district court is 'a flexible one' focusing on the 'principles and methodology' employed by the expert, not on the conclusions reached." *Westberry*, 178 F.3d at 261 (quoting *Daubert*, 509 U.S. at 594-95); *see also Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 150 (1999) ("We agree with the Solicitor General that '[t]he factors identified in *Daubert* may or may not be pertinent in assessing reliability, depending on the nature of the issue, the expert's particular expertise, and the subject of his testimony.'" (citation omitted)); *see also Crisp*, 324 F.3d at 266 (noting "that testing of reliability should be flexible and that *Daubert*'s five factors neither necessarily nor exclusively apply to every expert").

With respect to relevancy, *Daubert* also explains:

> Expert testimony which does not relate to any issue in the case is not relevant and, ergo, non-helpful. The consideration has been aptly described by Judge Becker as one of "fit." "Fit" is not always obvious, and scientific validity for one purpose is not necessarily scientific validity for other, unrelated purposes. . . . Rule 702's "helpfulness" standard requires a valid scientific connection to the pertinent inquiry as a precondition to admissibility.

*Daubert*, 509 U.S. at 591-92 (citations and internal quotation marks omitted).

4

III. Analysis

The plaintiffs seek to exclude certain general opinions and testimony of Matthew Clark, M.D. Dr. Clark is an urogynecologist. The plaintiffs argue that the court ought to preclude Dr. Clark from offering opinions on mesh shrinkage, polypropylene degradation, the polypropylene MSDS, and position statements. Under my discretion, I will address such arguments under the *Daubert* standards as I see fit.

1. Opinions Regarding Mesh Shrinkage

The plaintiffs argue that Dr. Clark's opinions regarding mesh shrinkage should be excluded because his methodology is unreliable. In particular, they allege that he based his opinions merely on personal experience and little scientific literature. I disagree. An expert may be qualified by "knowledge, skill, experience, training, or education[.]" Fed. R. Evid. 702. "One knowledgeable about a particular subject need not be precisely informed about all details of the issues raised in order to offer an [expert] opinion." *Thomas J. Kline, Inc. v. Lorillard, Inc.*, 878 F.2d 791, 799 (4th Cir.1989). Dr. Clark's clinical experience includes thousands of procedures involving transvaginal mesh, and his professional experience includes lecturing and teaching on the subject of sling and prolapse mesh products. Further, Dr. Clark cites relevant studies to support his opinion that the mesh in question does not shrink. I therefore **FIND** that Dr. Clark is qualified to offer the opinion that the mesh in question does not shrink.

Next, the plaintiffs challenge the reliability of Dr. Clark's opinion. According to the plaintiffs, Dr. Clark's opinion is contrary to generally accepted scientific phenomenon, inconsistent with the very studies he cites, and contrary to Bard's internal documents. The challenges advanced by the plaintiffs here, however, are more appropriate on cross-examination. Therefore, I **FIND** that Dr. Clark's clinical experience and review of the scientific literature are sufficiently reliable bases in forming this particular opinion.

2. <u>Opinions on Degradation of Polypropylene</u>

The plaintiffs also challenge Dr. Clark's opinion that polypropylene mesh does not degrade in the human body. In particular, they take issue with the following statement from Dr. Clark's expert report:

> [A]lthough I have reviewed the medical application caution language included in the Marlex HGX–030–01 MSDS, I am not aware of any medical literature or scientific information to support the theory [polypropylene] is not suitable for permanent implant in humans or that it degrades as a result of either oxygen or peroxides in the body or intraoperative contact, however minimal, with Betadine.

Notice of Adoption of Prior Daubert Mot. of Matthew Clark, M.D. for Waves 4 & 5 Cases, Ex. 1 (Clark Report), at 33 [ECF No. 4540–1]. In sum, the plaintiffs argue that this opinion is unreliable because some of Dr. Clark's reliance materials and multiple scientific studies refute his conclusion.

The plaintiffs' arguments here do not assist me in my *Daubert* analysis. I am to determine whether the *methodology* used by Dr. Clark in developing his opinions was reliable. The plaintiffs, instead, focus their arguments on why

6

Dr. Clark's ultimate conclusion—that degradation does not occur—is wrong according to other sources. However, under *Daubert,* the court is not to decide whether an opinion is scientifically correct; it is to evaluate the method a proffered expert uses in reaching that opinion. *Daubert,* 509 U.S. at 595 ("The focus, of course, must be solely on principles and methodology, not on the conclusions that they generate."). If the plaintiffs wish to challenge the content of Dr. Clark's conclusion regarding degradation, they may do so on cross-examination.

Moreover, the plaintiffs' argument that Dr. Clark is unreliable because he failed to account for this contrary literature is unavailing. In arguing this, the plaintiffs refer to parts of my *Daubert* opinion in *Tyree* concerning Dr. Margolis. *See Tyree v. Bos. Sci. Corp.,* 2014 WL 5320566, No. 2:12–cv–08633, at *7 (S.D. W. Va. Oct. 17, 2014). In *Tyree,* the challenging party cited to particular portions of Dr. Margolis's deposition testimony where he was asked about specific studies contrary to his opinion and, then, dismissed them in a conclusory manner without a scientific basis. Here, the plaintiffs point to no such testimony. The mere statement in Dr. Clark's report that he is "not aware of any medical literature or scientific information to support the theory that [polypropylene] . . . degrades" is hardly equivalent.

Therefore, the plaintiffs' Motion with respect to this matter is **DENIED.**

    3. <u>Opinions Regarding the MSDS</u>

The plaintiffs next seek to exclude Dr. Clark's opinions on the polypropylene MSDS. They take issue with the following passage of Dr. Clark's report:

7

> [Polypropylene] is composed of raw materials that are extruded in the thin filaments woven into the final mesh product. Because the resin is altered in the process of manufacturing, my focus as a surgeon has been on the biocompatibility of the final product rather than the raw material. In particular, I have never asked a manufacturer of medical devices for information regarding the substance of an MSDS, which I understand is regulated by the Occupational Safety & Health Administration (OSHA) and used to ensure workplace safety where raw materials are being used. Nor would I expect a manufacturer to provide me with the MSDS, which has proven to be misleading and harmful in understanding the properties of the manufactured device. Prior to being shown the MSDS listed in my reliance list, I had never before examined an MSDS in the course of my practice.

Notice of Adoption of Prior Daubert Mot. of Matthew Clark, M.D. for Waves 4 & 5 Cases, Ex. 1 (Clark Report), at 33. In particular, the plaintiffs challenge his opinions that the MSDS is a workplace safety regulation merely applying to raw materials and that he does not use MSDSs in his medical practice.

In *Tyree,* I stated the following in excluding the testimony of a proffered safety, health, and training expert:

> Although I believe that the warning provided in the MSDS is relevant, I do not believe an expert is required to discuss MSDSs generally or the issue of whether polypropylene requires an MSDS because of its hazardous nature. A narrative review of the history and development of MSDSs and who uses them in the field is not helpful to the jury. The pertinent issue is that the MSDS contained a warning (Medical Application Caution) allegedly not heeded by BSC, not that an MSDS itself existed. This warning from the supplier could have taken any form.

*Tyree*, 2014 WL 5320566, at *63. To the extent that Dr. Clark's opinions are a mere general discussion of MSDSs, those opinions are **EXCLUDED**. The plaintiffs' Motion

8

is **GRANTED** to the extent that Dr. Clark's opinions run counter to my ruling above in *Tyree.*

The plaintiffs also argue that his statement, "I had never before examined an MSDS in the course of my practice[,]" is unhelpful to a jury and irrelevant. Notice of Adoption of Prior Daubert Mot. of Matthew Clark, M.D. for Waves 4 & 5 Cases, Ex. B, at 33. I agree with the plaintiffs that this is not an expert opinion. Dr. Clark is merely stating what *he* does in *his* practice. Thus, I need not address its relevancy under *Daubert*.

In its response, Bard contends that Dr. Clark must be permitted to opine on the medical community's standard practice with regard to use of MSDSs in order to refute the plaintiffs' general position in certain cases that Bard should have provided the MSDS, or at least the information contained therein, to physicians. Notice of Adoption of Bard's Prior Mem. of Law in Opp'n to Pls.' Mot. to Exclude Certain General Ops. & Test. of Matthew Clark, M.D. for Waves 4 & 5 Cases, Ex. 1 (Clark Report), at 16-17 [ECF No. 4638-2]. However, I do not read the above contested sentence to disclose such an opinion. I will not address the admissibility of this non-expert testimony here.

   4. <u>Opinions Regarding the AUGS/SUFU Position Statement</u>

Last, the plaintiffs seek to exclude Dr. Clark's references to organizational statements, including those of the American Urogynecological Society ("AUGS") and the Society for Female Urology and Urodynamics ("SUFU"). As I indicated previously during these MDLs, position statements are not expert opinions. *Huskey v. Ethicon,*

9

*Inc.*, 29 F. Supp. 3d 691, 731–32 (S.D. W. Va. 2014). Dr. Clark is not using his "scientific, technical, or other specialized knowledge" in making these statements. Fed. R. Evid. 702. Therefore, I will not address the admissibility of this testimony here and **RESERVE** this ruling for trial.

## IV. Conclusion

To summarize, I **GRANT in part**, **DENY in part**, and **RESERVE in part** the plaintiffs' Motion concerning Dr. Matthew Clark, M.D. [ECF No. 4540], consistent with my reasoning above.

The court **DIRECTS** the Clerk to file a copy of this Memorandum Opinion and Order in 2:12–md–2187, and the Bard Wave 4 and Wave 5 cases identified in the Exhibit attached hereto. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 29, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 - COVIDIEN WAVE 1 | 2:13-cv-29220 | Miller et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:11-cv-00904 | Ward et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-00619 | Dickson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-00812 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-01725 | Lambrecht v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-02118 | Cook v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-02505 | Gomez v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-02564 | Richardson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-02725 | Moore et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-04481 | Fine v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-05465 | Azbill et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-06391 | Jacoby v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-06470 | Wilson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-06841 | Chrastecky et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-07079 | Hubner et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-07570 | Lee v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-07578 | Degarmo v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-09632 | Skinner v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-09670 | Summers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-01025 | Perez et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-01028 | Warbutton et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-01524 | Holmes v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-01526 | Nall v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-02139 | Moubray et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-03291 | Sciulla et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-04813 | Gabler et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-06629 | Nicholson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-08256 | Crase et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-08365 | Magers et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-08607 | Zephro v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-08983 | Davison v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-09324 | Johnson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-09635 | Noll et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-10318 | Priddy v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-10496 | Santiago v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-11499 | D'Angelo v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-11655 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-11811 | LeBeau et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-11949 | Slate et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-12390 | Wheeler v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-12416 | Speetzen v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-12622 | Cox et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-13234 | Bennett et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-13245 | Graciano et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-15209 | Gardiner v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-16405 | Newell v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-17989 | Radatz v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-18752 | Spencer v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:13-cv-19575 | Swarts et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-19736 | Johnson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-20036 | Richardson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-20881 | Long v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-23388 | Athans et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-23391 | Baker v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24208 | Carnahan v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24515 | Chirino et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24844 | Steffy v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24849 | Martinez v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24853 | Sanborn et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-25041 | Clothier v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26000 | Davidson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26011 | Dunklebarger v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26100 | Moize v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26574 | Landers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26748 | Raines et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26796 | Justice et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-28084 | Hoffman et al v. Ethicon, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-29220 | Miller et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-29823 | Robbins et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-29841 | Carrillo et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30640 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30814 | Hannig et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30975 | Alexander et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-30998 | Cassada v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31106 | Price et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31141 | Zurinsky v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31242 | Howard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32049 | Utter et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32187 | Thomasson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32359 | Hummel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32972 | Wilson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33474 | Armintrout v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33590 | Garcia et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33628 | Hunt et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33690 | Barker et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33757 | Mealor v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-34058 | Purcell et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00161 | Schreiber-Hester et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00404 | Gilbert v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00606 | Moore et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00807 | George et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00952 | Black v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-01027 | Massey v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-01411 | Politi-Topal v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-02528 | Cuffee et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-02847 | Izatt v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:14-cv-02877 | Robbins et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-04536 | Sanders v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-04542 | Solis v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-05601 | Sheaffer v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-06478 | Wright et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-07543 | Cooley et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-08261 | Shattuck v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-08612 | Stamey et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-09878 | Ford v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-11940 | Stoddard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-14119 | Wilson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-14209 | Guerrero et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-15114 | Marney et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:14-cv-19736 | Fuller v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-23928 | Griffith v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-24747 | Pickard et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-25362 | Stapel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-25366 | Silvia v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-26473 | Eilf v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-27463 | Edwards v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-27466 | Stewart et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-31139 | Salgado et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-31156 | Springman et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-00620 | Hammel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-02461 | Schoneman et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-04297 | Preator et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-04353 | Brulatour v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-06997 | Polanco v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-08436 | Fake et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-11694 | Kellar v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-13199 | Holbrooks et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01279 | Mendez v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01610 | Spence et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01999 | Belstad v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03707 | Gritten v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03709 | Drake et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03719 | Jones v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03721 | Keisling et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03778 | Ledwein et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03779 | Henderson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03816 | Toulson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03817 | Struble et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03842 | Moore et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03896 | Pickering v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-10807 | Brown v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-10995 | Branscome v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11011 | Lackey v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11014 | Miller v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:16-cv-11016 | Morgan v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11017 | Powell v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11020 | Teeples v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11021 | Swiney v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11035 | Updike v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11040 | Woodard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11041 | Powers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11103 | Martin v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11104 | McWilliams v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11105 | Weber v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11106 | Rogers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11112 | Nadeau v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11113 | Hall v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11114 | Phelps v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11115 | Rodericks v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11116 | Bivens v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11118 | Gilbert v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11135 | Brewer v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:16-cv-11633~~ | ~~Madsen et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:16-cv-12677~~ | ~~Baugh v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13614~~ | ~~Leslie v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13620~~ | ~~Smallwood v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13663~~ | ~~Gonzalez v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13900~~ | ~~Leas v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13901~~ | ~~Yancey et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13903~~ | ~~Pierce et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13904~~ | ~~Pate et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13905~~ | ~~Nus et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13926~~ | ~~Kinlaw-Williams et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14028~~ | ~~Crouch et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14030~~ | ~~Whitaker et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14672~~ | ~~Epstein v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14675~~ | ~~Williamson-Johnson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14745~~ | ~~McClinock, et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15055~~ | ~~Doyle et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15056~~ | ~~Gliem et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15067~~ | ~~Foster et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15352~~ | ~~Acuna v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15354~~ | ~~Duffitt et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15641~~ | ~~Murray et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15918~~ | ~~Eads et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-16068~~ | ~~Pierson et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:13-cv-16401 | Leyba v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:13-cv-18852~~ | ~~Silva et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-19713~~ | ~~Westhoff v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20235~~ | ~~Robertson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20236~~ | ~~Showalter et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20396~~ | ~~Berlt v. C. R. Bard, Inc.~~ |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:13-cv-20766 | Gonzales et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-21345 | Walton v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-21538 | Cespedes v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-21713 | Woods v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-21732 | Dailey et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:13-cv-23175 | Clisante-King v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-23801 | McElfresh et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-24323 | Nguyen v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-25280 | McClenny et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-25316 | Barlar v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-25321 | Goodreau v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-29271 | Preston et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-30030 | Meador v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-30032 | Spencer v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-31643 | Cooper v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-31646 | Brewer et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-31652 | Frew v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-33156 | Riddle et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-33991 | Tyson et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:13-cv-34034 | Miller v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:13-cv-34036 | Wilder v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-01412 | Cole et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-03436 | Clanin v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-03439 | Kitchen v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-09564 | Williams et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-09569 | Cook v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11138 | Darrow v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11363 | McCarthey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11891 | Beneke et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11906 | Heathcock et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-11919 | Linder v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12030 | Hitchcock et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12152 | Tieman v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12262 | Pemberton v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12283 | Dressler et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12426 | Bilbrey et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12489 | Weilert et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-12526 | Gagel v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12532 | Grillo v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-12673 | Turonek et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-12759 | Harris et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13251 | Nelson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13261 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13444 | Mullen v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13574 | Novak v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13675 | Levine v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13682 | Mings et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-13922 | Cortez et al v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:14-cv-13934 | Esquivel v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-16367 | Brooks v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-16823 | Andersen et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-17354 | Burton v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-17388 | Drake v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-18018 | Young et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-18139 | Bailey et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-18151 | Miller v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-18154 | Peacock v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-18442 | D'Andrea et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-18890 | McManus v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-19474 | Gerwe v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-19478 | Mathis et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-19481 | Oglesby v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-21507 | Gunderman v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-21512 | Hayes v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-21874 | McCray v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-22373 | Weber et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-22823 | Carnley et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-22836 | Coles et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-22900 | Hinklin et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-22961 | Musgrove v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-22966 | Rajk v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-22970 | Ross v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-22971 | Ruiz-Bernal et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23267 | Armijo et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23282 | Garcia v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23284 | Hersh v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23289 | Blodgett v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23290 | Czernienko v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23292 | Norgah v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23298 | Zielicke v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23301 | Stewart v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23312 | Neal et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23328 | Cox v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23329 | Banks v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23333 | Dewitt v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23336 | Foushee v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23337 | Cowick et al. v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23339 | Ray v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23385 | Williams v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23387 | Martin et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23391 | Doane et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23392 | Rivera et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23395 | Peacock et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23396 | Rogers et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23399 | Powell et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23401 | Barber v. C. R. Bard, Inc. et al |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| ~~2187 WAVE 5~~ | ~~2:14-cv-23413~~ | ~~Smith v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23414~~ | ~~Jansson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23418~~ | ~~Raia et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23425~~ | ~~Smith et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23434~~ | ~~Stone v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23436~~ | ~~Upchurch v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23437~~ | ~~Petrovich v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23486~~ | ~~Surgenor v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23497~~ | ~~Brennan et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-23591 | Becks v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23627 | Juette v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23638~~ | ~~Hinojosa et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-24638~~ | ~~Gonzalez v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-25083~~ | ~~Smith v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-26372~~ | ~~Case v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-26375~~ | ~~Ely et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-26383~~ | ~~Williams v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-28940~~ | ~~Seedorff et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-28941~~ | ~~Williams v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-28943 | Smith et al v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 5~~ | ~~2:14-cv-28944~~ | ~~Barnett v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29690~~ | ~~Dotson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29730~~ | ~~Nelson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29781~~ | ~~Earhart v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29786~~ | ~~Lamoreaux v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29793~~ | ~~LePage et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29808~~ | ~~Casstevens et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29833~~ | ~~Pearson et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29856~~ | ~~Hart v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29930~~ | ~~Martinez v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29980~~ | ~~Rosemond v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-29991~~ | ~~Robbins et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30039~~ | ~~Nolden et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30046~~ | ~~Ouellette et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30055~~ | ~~Rector v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30199~~ | ~~Lytle et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30226~~ | ~~Caskey et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30239~~ | ~~Mace et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30303~~ | ~~Cullum et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30504~~ | ~~Carter et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30561~~ | ~~Allison v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30591~~ | ~~Spiker v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30717~~ | ~~Moser v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30725~~ | ~~Mooney v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30812~~ | ~~Griffin v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-30833~~ | ~~Walker et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-31203~~ | ~~Laabs et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-01205~~ | ~~Elliott et al v. C. R. Bard, Inc.~~ |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| ~~2187 WAVE 5~~ | ~~2:15-cv-01370~~ | ~~Keener v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-01571~~ | ~~Bockmon v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-01847~~ | ~~Harville v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-03487~~ | ~~Arnold v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-04148~~ | ~~Eyer v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-04518~~ | ~~Heffran v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:15-cv-05716 | Krause v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:15-cv-07218~~ | ~~Pedersen et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-07220~~ | ~~Russell et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-09659~~ | ~~Key et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-12622~~ | ~~Juarez v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-13246~~ | ~~Adams v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-14679~~ | ~~Keithley et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:15-cv-14963~~ | ~~Tomac et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:15-cv-15582 | Carter v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:15-cv-16402~~ | ~~Smith et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:16-cv-01855 | Eiffler v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:16-cv-03989 | Watson et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04032 | Elrod et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04037 | Young et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04536 | Thompson et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04949 | Prince v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-05003 | Roberts et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06318 | Bess et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06360 | Crook v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06361 | Jasso et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06362 | Bailey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06739 | Collins v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06740 | Krishnan et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06741 | Roberts v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06743 | Knernschield et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07322 | Donley v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07402 | Cole v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07610 | Lingenfelter et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07655 | Barton v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07694 | Ellis et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07705 | Alvey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-08014 | Mathis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10411 | DeTro v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10809 | Clarke v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10811 | Corley-Davis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10814 | Currie v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10815 | Dennis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10819 | Herrera v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10821 | Martinez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11136 | Crowe v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11137 | Daily v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11139 | Davis v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:16-cv-11142 | Donovan v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11144 | Fay v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11147 | Johnson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11150 | Hale-Cuellar v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11158 | Hauber v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11161 | Hill v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11163 | Kolodzyk v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11167 | Mahnke v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11169 | Miecznikowski v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11170 | Morrill v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11175 | Reynolds v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11186 | Nichols v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11266 | Frederick v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11798 | Jeffries v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11803 | Josey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11811 | Piper v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11817 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11819 | Stephenson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11820 | Stevens v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11821 | Tatum v. C. R. Bard, Inc. |