IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
　　　PELVIC REPAIR SYSTEM
　　　PRODUCTS LIABILITY LITIGATION　　　　　　　　　MDL No. 2187

THIS DOCUMENT RELATES TO C. R. BARD WAVE 4 AND WAVE 5 CASES
ATTACHED HERETO:

## MEMORANDUM OPINION AND ORDER

Pending before the court is the Motion for Reconsideration of a Limited Portion of the January 29, 2018 Memorandum Opinion and Order Regarding *Daubert* Motion Re: Peter L. Rosenblatt, M.D. and Incorporated Memorandum of Law in Support [ECF No. 5153] filed by defendant C. R. Bard, Inc. ("Bard") on February 6, 2018 (the "Motion"). For the reasons stated below, the Motion is **DENIED**.

On January 29, 2018, I entered an order granting in part, denying in part, and reserving in part the plaintiffs' *Daubert* motion to exclude Opinions and Testimony of Peter L. Rosenblatt. [ECF No. 5122]. Bard now moves for relief under Rule 54(b) of the Federal Rules of Civil Procedure, asking for reconsideration of my finding that Dr. Rosenblatt is unqualified to render an expert opinion on the adequacy of the Instructions for Use ("IFU").

According to Bard, in concluding that Dr. Rosenblatt is not qualified to opine on the adequacy of an IFU, the court overlooked Dr. Rosenblatt's experience drafting and advising manufacturing companies with respect to IFUs. Because Dr. Rosenblatt

has written and advised clients on preparing IFU, Bard argues, he is qualified as an expert to opine on the adequacy of an IFU.

Though aware of their existence, Bard did not raise these arguments previously. Instead, in opposing the plaintiffs' motion, Bard relied upon only Dr. Rosenblatt's knowledge and personal experience with the particular products, the fact that he has "read a lot of different IFUs," and that he has served as a consultant in the development of new products. *See* Notice of Adoption of Bard's Prior Mem. of Law in Opp'n to Pls.' Mot. to Exclude Certain Ops. & Test. of Peter Rosenblatt, M.D., for Wave 4 & Wave 5 Cases, Ex. B, at 12 [ECF No. 4645-2]. Only now does Bard cite Dr. Rosenblatt's personal experience with IFUs in developing and consulting companies on the issue.

Bard cannot now seek reconsideration by raising arguments that could, and should, have been made before my prior determination. *See Carlson v. Bos. Sci. Corp.*, 856 F.3d 320, 325 (4th Cir. 2017) (stating that the standard of reconsideration of an interlocutory order "closely resembles the standard applicable to motions to reconsider final orders pursuant to Rule 59(e)" and that courts "have consistently affirmed denials of motions to reconsider . . . where the motion is merely a vessel for the very evidence that was initially lacking in opposition"); *see also United States v. Thomas*, 305 F. App'x 960, 964 (4th Cir. 2009) ("Rule 59(e) motions may not be used . . . to raise arguments which could have been raised prior to the issuance of the judgment, nor may they be used to argue a case under a novel legal theory that the party had the ability to address in the first instance."); *McLaurin v. E. Jordan Iron*

*Works, Inc.*, 666 F. Supp. 2d 590, 596 (E.D.N.C. 2009) ("[A] party who fails to present his strongest case in the first instance generally has no right to raise new theories or arguments in a motion to reconsider an interlocutory order.") (citations omitted), *aff'd McLaurin v. Vulcan Threaded Prod., Inc.*, 410 F. App'x 630 (4th Cir. 2011).

Therefore, the court **ORDERS** that the Motion for Reconsideration of a Limited Portion of the January 29, 2018 Memorandum Opinion and Order Regarding *Daubert* Motion Re: Peter L. Rosenblatt, M.D. and Incorporated Memorandum of Law in Support [ECF No. 5153] is **DENIED**.

The court **DIRECTS** the Clerk to file a copy of this Memorandum Opinion and Order in 2:10–md–2187, and in the Bard Wave 4 and Wave 5 cases identified in the Exhibit attached hereto. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 7, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 COVIDIEN WAVE 1 | 2:13-cv-29220 | Miller et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:11-cv-00904 | Ward et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-00619 | Dickson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-00812 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-01725 | Lambrecht v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-02118 | Cook v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-02505 | Gomez v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-02564 | Richardson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-02725 | Moore et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-04481 | Fine v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-05465 | Azbill et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-06391 | Jacoby v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-06470 | Wilson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-06841 | Chrastecky et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-07079 | Hubner et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-07570 | Lee v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-07578 | Degarmo v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-09632 | Skinner v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:12-cv-09670 | Summers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-01025 | Perez et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-01028 | Warbutton et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-01524 | Holmes v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-01526 | Nall v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-02139 | Moubray et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-03291 | Sciulla et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-04813 | Gabler et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-06629 | Nicholson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-08256 | Crase et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-08365 | Magers et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-08607 | Zephro v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-08983 | Davison v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-09324 | Johnson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-09635 | Noll et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-10318 | Priddy v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-10496 | Santiago v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-11499 | D'Angelo v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-11655 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-11811 | LeBeau et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-11949 | Slate et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-12390 | Wheeler v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-12416 | Speetzen v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-12622 | Cox et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-13234 | Bennett et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-13245 | Graciano et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-15209 | Gardiner v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-16405 | Newell v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-17989 | Radatz v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-18752 | Spencer v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:13-cv-19575 | Swarts et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-19736 | Johnson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-20036 | Richardson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-20881 | Long v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-23388 | Athans et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-23391 | Baker v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24208 | Carnahan v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24515 | Chirino et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24844 | Steffy v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24849 | Martinez v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-24853 | Sanborn et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-25041 | Clothier v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26000 | Davidson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26011 | Dunklebarger v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26100 | Moize v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26574 | Landers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26748 | Raines et al  v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-26796 | Justice et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-28084 | Hoffman et al v. Ethicon, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-29220 | Miller et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-29823 | Robbins et al  v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-29841 | Carrillo et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30640 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30814 | Hannig et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-30975 | Alexander et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:13-cv-30998 | Cassada v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31106 | Price et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31141 | Zurinsky v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-31242 | Howard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32049 | Utter et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32187 | Thomasson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32359 | Hummel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-32972 | Wilson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33474 | Armintrout v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33590 | Garcia et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33628 | Hunt et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33690 | Barker et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-33757 | Mealor v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:13-cv-34058 | Purcell et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00161 | Schreiber-Hester et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00404 | Gilbert v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00606 | Moore et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00807 | George et al  v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-00952 | Black v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-01027 | Massey v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-01411 | Politi-Topal v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-02528 | Cuffee et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-02847 | Izatt v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:14-cv-02877 | Robbins et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-04536 | Sanders v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-04542 | Solis v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-05601 | Sheaffer v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-06478 | Wright et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-07543 | Cooley et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-08261 | Shattuck v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-08612 | Stamey et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-09878 | Ford v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-11940 | Stoddard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-14119 | Wilson et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-14209 | Guerrero et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-15114 | Marney et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 4 | 2:14-cv-19736 | Fuller v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-23928 | Griffith v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-24747 | Pickard et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-25362 | Stapel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-25366 | Silvia v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-26473 | Eilf v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-27463 | Edwards v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-27466 | Stewart et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-31139 | Salgado et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:14-cv-31156 | Springman et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-00620 | Hammel v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-02461 | Schoneman et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-04297 | Preator et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-04353 | Brulatour v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-06997 | Polanco v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-08436 | Fake et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-11694 | Kellar v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:15-cv-13199 | Holbrooks et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01279 | Mendez v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01610 | Spence et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-01999 | Belstad v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03707 | Gritten v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03709 | Drake et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03719 | Jones v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03721 | Keisling et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03778 | Ledwein et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03779 | Henderson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03816 | Toulson v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03817 | Struble et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03842 | Moore et al v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-03896 | Pickering v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-10807 | Brown v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-10995 | Branscome v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11011 | Lackey v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11014 | Miller v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 4 | 2:16-cv-11016 | Morgan v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11017 | Powell v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11020 | Teeples v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11021 | Swiney v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11035 | Updike v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11040 | Woodard v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11041 | Powers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11103 | Martin v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11104 | McWilliams v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11105 | Weber v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11106 | Rogers v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11112 | Nadeau v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11113 | Hall v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11114 | Phelps v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11115 | Rodericks v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11116 | Bivens v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11118 | Gilbert v. C. R. Bard, Inc. |
| 2187 WAVE 4 | 2:16-cv-11135 | Brewer v. C. R. Bard, Inc. |
| ~~2187 WAVE 4~~ | ~~2:16-cv-11633~~ | ~~Madsen et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 4~~ | ~~2:16-cv-12677~~ | ~~Baugh v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13614~~ | ~~Leslie v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13620~~ | ~~Smallwood v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13663~~ | ~~Gonzalez v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13900~~ | ~~Leas v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13901~~ | ~~Yancey et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13903~~ | ~~Pierce et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13904~~ | ~~Pate et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13905~~ | ~~Nus et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-13926~~ | ~~Kinlaw-Williams et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14028~~ | ~~Crouch et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14030~~ | ~~Whitaker et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14672~~ | ~~Epstein v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14675~~ | ~~Williamson-Johnson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-14745~~ | ~~McClinock, et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15055~~ | ~~Doyle et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15056~~ | ~~Gliem et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15067~~ | ~~Foster et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15352~~ | ~~Acuna v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15354~~ | ~~Duffitt et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15641~~ | ~~Murray et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-15918~~ | ~~Eads et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-16068~~ | ~~Pierson et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:13-cv-16401 | Leyba v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:13-cv-18852~~ | ~~Silva et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-19713~~ | ~~Westhoff v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20235~~ | ~~Robertson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20236~~ | ~~Showalter et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-20396~~ | ~~Berlt v. C. R. Bard, Inc.~~ |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| ~~2187 WAVE 5~~ | ~~2:13-cv-20766~~ | ~~Gonzales et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-21345~~ | ~~Walton v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-21538~~ | ~~Cespedes v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-21713~~ | ~~Woods v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-21732~~ | ~~Dailey et al v. C. R. Bard, Inc. et al~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-23175~~ | ~~Clisante-King v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-23801~~ | ~~McElfresh et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-24323~~ | ~~Nguyen v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-25280~~ | ~~McClenny et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-25316~~ | ~~Barlar v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-25321~~ | ~~Goodreau v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-29271~~ | ~~Preston et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-30030~~ | ~~Meador v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-30032~~ | ~~Spencer v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-31643~~ | ~~Cooper v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-31646~~ | ~~Brewer et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-31652~~ | ~~Frew v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-33156~~ | ~~Riddle et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:13-cv-33991 | Tyson et al v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 5~~ | ~~2:13-cv-34034~~ | ~~Miller v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:13-cv-34036~~ | ~~Wilder v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-01412~~ | ~~Cole et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-03436~~ | ~~Clanin v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-03439 | Kitchen v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 5~~ | ~~2:14-cv-09564~~ | ~~Williams et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-09569~~ | ~~Cook v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-11138~~ | ~~Darrow v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-11363~~ | ~~McCarthey v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-11891~~ | ~~Beneke et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-11906~~ | ~~Heathcock et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-11919~~ | ~~Linder v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12030~~ | ~~Hitchcock et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12152~~ | ~~Tieman v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12262~~ | ~~Pemberton v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12283~~ | ~~Dressler et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12426~~ | ~~Bilbrey et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-12489 | Weilert et al v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12526~~ | ~~Gagel v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12532~~ | ~~Grillo v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12673~~ | ~~Turonek et al v. C. R. Bard, Inc. et al~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-12759~~ | ~~Harris et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-13251~~ | ~~Nelson v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-13261~~ | ~~Smith v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-13444~~ | ~~Mullen v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-13574~~ | ~~Novak v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-13675 | Levine v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:14-cv-13682~~ | ~~Mings et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-13922~~ | ~~Cortez et al v. C. R. Bard, Inc.~~ |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| ~~2187 WAVE 5~~ | ~~2:14-cv-13934~~ | ~~Esquivel v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-16367~~ | ~~Brooks v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-16823~~ | ~~Andersen et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-17354~~ | ~~Burton v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-17388~~ | ~~Drake v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-18018~~ | ~~Young et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-18139~~ | ~~Bailey et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-18151 | Miller v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:14-cv-18154~~ | ~~Peacock v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-18442 | D'Andrea et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-18890 | McManus v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 5~~ | ~~2:14-cv-19474~~ | ~~Gerwe v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-19478~~ | ~~Mathis et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-19481~~ | ~~Oglesby v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-21507~~ | ~~Gunderman v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-21512~~ | ~~Hayes v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-21874 | McCray v. C. R. Bard, Inc. et al |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22373~~ | ~~Weber et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22823~~ | ~~Carnley et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22836~~ | ~~Coles et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22900~~ | ~~Hinklin et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22961~~ | ~~Musgrove v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22966~~ | ~~Rajk v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22970~~ | ~~Ross v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-22971~~ | ~~Ruiz-Bernal et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23267~~ | ~~Armijo et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23282~~ | ~~Garcia v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23284~~ | ~~Hersh v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23289~~ | ~~Blodgett v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23290~~ | ~~Czernienko v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23292~~ | ~~Norgah v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23298~~ | ~~Zielicke v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23301~~ | ~~Stewart v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23312~~ | ~~Neal et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23328~~ | ~~Cox v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23329~~ | ~~Banks v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23333~~ | ~~Dewitt v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23336~~ | ~~Foushee v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23337~~ | ~~Cowick et al. v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23339~~ | ~~Ray v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23385~~ | ~~Williams v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23387~~ | ~~Martin et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23391~~ | ~~Doane et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23392~~ | ~~Rivera et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-23395 | Peacock et al v. C. R. Bard, Inc. |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23396~~ | ~~Rogers et al v. C. R. Bard, Inc.~~ |
| ~~2187 WAVE 5~~ | ~~2:14-cv-23399~~ | ~~Powell et al v. C. R. Bard, Inc.~~ |
| 2187 WAVE 5 | 2:14-cv-23401 | Barber v. C. R. Bard, Inc. et al |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:14-cv-23413 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23414 | Jansson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23418 | Raia et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23425 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23434 | Stone v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23436 | Upchurch v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23437 | Petrovich v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23486 | Surgenor v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23497 | Brennan et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23591 | Becks v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23627 | Juette v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-23638 | Hinojosa et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-24638 | Gonzalez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-25083 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-26372 | Case v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-26375 | Ely et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-26383 | Williams v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-28940 | Seedorff et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-28941 | Williams v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-28943 | Smith et al v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:14-cv-28944 | Barnett v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29690 | Dotson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29730 | Nelson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29781 | Earhart v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29786 | Lamoreaux v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29793 | LePage et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29808 | Casstevens et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29833 | Pearson et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29856 | Hart v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29930 | Martinez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29980 | Rosemond v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-29991 | Robbins et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30039 | Nolden et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30046 | Ouellette et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30055 | Rector v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30199 | Lytle et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30226 | Caskey et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30239 | Mace et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30303 | Cullum et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30504 | Carter et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30561 | Allison v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30591 | Spiker v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30717 | Moser v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30725 | Mooney v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30812 | Griffin v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-30833 | Walker et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:14-cv-31203 | Laabs et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-01205 | Elliott et al v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:15-cv-01370 | Keener v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-01571 | Bockmon v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-01847 | Harville v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-03487 | Arnold v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-04148 | Eyer v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-04518 | Heffran v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-05716 | Krause v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-07218 | Pedersen et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-07220 | Russell et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-09659 | Key et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-12622 | Juarez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-13246 | Adams v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-14679 | Keithley et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-14963 | Tomac et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-15582 | Carter v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:15-cv-16402 | Smith et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-01855 | Eiffler v. C. R. Bard, Inc. et al |
| 2187 WAVE 5 | 2:16-cv-03989 | Watson et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04032 | Elrod et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04037 | Young et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04536 | Thompson et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-04949 | Prince v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-05003 | Roberts et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06318 | Bess et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06360 | Crook v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06361 | Jasso et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06362 | Bailey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06739 | Collins v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06740 | Krishnan et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06741 | Roberts v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-06743 | Knernschield et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07322 | Donley v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07402 | Cole v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07610 | Lingenfelter et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07655 | Barton v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07694 | Ellis et al v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-07705 | Alvey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-08014 | Mathis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10411 | DeTro v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10809 | Clarke v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10811 | Corley-Davis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10814 | Currie v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10815 | Dennis v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10819 | Herrera v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-10821 | Martinez v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11136 | Crowe v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11137 | Daily v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11139 | Davis v. C. R. Bard, Inc. |

| Wave | Civil Action No. | Case Name |
|---|---|---|
| 2187 WAVE 5 | 2:16-cv-11142 | Donovan v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11144 | Fay v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11147 | Johnson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11150 | Hale-Cuellar v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11158 | Hauber v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11161 | Hill v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11163 | Kolodzyk v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11167 | Mahnke v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11169 | Miecznikowski v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11170 | Morrill v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11175 | Reynolds v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11186 | Nichols v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11266 | Frederick v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11798 | Jeffries v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11803 | Josey v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11811 | Piper v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11817 | Smith v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11819 | Stephenson v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11820 | Stevens v. C. R. Bard, Inc. |
| 2187 WAVE 5 | 2:16-cv-11821 | Tatum v. C. R. Bard, Inc. |