IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. BARD, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2187

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

ORDER
(Granting Fifty-Seventh Application for
Reimbursement of Fees and Costs (Filed Under Seal))

I have considered the Fifty-Seventh Interim Application for Reimbursement of Fees and Costs (Filed under Seal). [ECF No. 7634]. The Special Master seeks allowance of interim compensation for professional services rendered and expenses incurred in connection with service as Special Master in the MDL 2187 matter from December 1, 2020, through December 31, 2020, and for good cause shown, it is hereby **ORDERED** that the Fifty-Seventh Application is **GRANTED**.

It is further **ORDERED** that:

(1) The MDL No. 2187 Common Benefit Fund shall remit to the Special Master 50% of the amount for fees and reimbursement of expenses reflected in the Fifty-Seventh Application, which amount has been approved by this Order; and

(2) Defendants shall remit to the Special Master 50% of the amount for fees and reimbursement of expenses reflected in the Fifty-Seventh Application, which amount has been approved by this Order.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

                                        ENTER: January 19, 2021

                                        JOSEPH R. GOODWIN
                                        UNITED STATES DISTRICT JUDGE